Form B8 (Official Form 8) - (Rev. 3/98)                                           1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re   **Armando Ordaz**                    Debtor | Case No.: <br> Chapter:   **7** |
|---|---|

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property To Be Surrendered.*

   Description of Property                    Creditor's Name

   **None**

   b. *Property To Be Retained.*                                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|---|
| **None** | | | | | | |

Date:  11/17/04                                    _____
                                                    Signature of Debtor