Form B6A - (10/89)                                                                                                1995 USBC, Central District of California

| In re **Armando Ordaz** | Case No.: | |
|---|---|---|
| Debtor. | **SA04-17061RA** | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | **NONE** | $ |
| | | Total ➤ | | |

(Report also on Summary of Schedules.)