Form B6D - (Rev. 6/90)                                                                                              1998 USBC, Central District of California

| In re | **Armando Ordaz** | Debtor. | Case No.: **SA04-17061RA** | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE | | | | | |

0 Continuation sheets attached

| | Subtotal (Total of this page) | $0.00 |
| | Total | $0.00 |

(Report total also on Summary of Schedules)