Form B6F (Official Form 6F) - (Rev. 9/97)                                                        1998 USBC, Central District of California

| In re | Armando Ordaz | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | SA04-17061RA | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4809XXX<br>AAC<br>PO BOX 2036<br>WARREN, MI 48090 | | | 02/25/2002<br>CHARGED CARD | | | | 650.00 |
| ACCOUNT NO. 4933XXX<br>AAC<br>PO BOX 2036<br>WARREN, MI 48090 | | | 02/22/2002<br>CHARGED CARD | | | | 650.00 |
| ACCOUNT NO. XXX2915<br>ADVANCE CREDITORS SERV<br>PO BOX 6043<br>CYPRESS, CA 90630 | | | 04/21/2003<br>COLLECTION FOR MEDLINS TOWING, ACCOUNT NUMBER XXX2915 | | | | 1,000.00 |
| ACCOUNT NO. 1255XXXX<br>AFS ASSIGNEE OF BANK OF AMERICA<br>P.O. BOX 53132<br>PHOENIX, AZ 85072-3132 | | | 04/18/2002<br>CHARGED CARD | | | | 0.00 |
| ACCOUNT NO. 1255XXXX<br>ARROW FINCL<br>8589 AERO DRIVE 600<br>SAN DIEGO, CA 92123 | | | 04/18/2002<br>CHARGED CARD | | | | 200.00 |

4  Continuation sheets attached

Subtotal ➤ $2,500.00

Total ➤

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                                  1998 USBC, Central District of California

| In re | Armando Ordaz | Case No.: | |
|---|---|---|---|
| | Debtor. | SA04-17061RA | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1255XXXX<br>ARROW SER<br>8589 AERO DRIVE 600<br>SAN DIEGO, CA 92123 | | | 02/23/1998<br>CHARGED CARD | | | | 200.00 |
| ACCOUNT NO. 4809XXX<br>ASSET ACCEPT<br>P.O. BOX 2036<br>WARREN, MI 48090 | | | 02/13/2002<br>COLLECTION FOR RNB MERVYNS, ACCOUNT NUMBER 4809XXX | | | | 650.00 |
| ACCOUNT NO. 4933XXX<br>ASSET ACCEPT<br>P.O. BOX 2036<br>WARREN, MI 48090 | | | 02/14/2002<br>COLLECTION FOR RNB TARGET, ACCOUNT NUMBER 4933XXX | | | | 650.00 |
| ACCOUNT NO. 2118XXXXXXXXXX<br>BENFCL/HFC<br>P.O. BOX 6985<br>BRIDGEWATER, NJ 08807 | | | 03/21/1999<br>CHARGED CARD | | | | 700.00 |
| ACCOUNT NO. 2101XXXX<br>BENFCL/HFC<br>P.O. BOX 6985<br>BRIDGEWATER, NJ 08807 | | | 03/01/1999<br>CHARGED CARD | | | | 700.00 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ (Total of this page) **$2,900.00**

Total ▶ (Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                                         1998 USBC, Central District of California

| In re | Armando Ordaz | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | SA04-17061RA | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2201XXXX<br>CIRCUIT CITY<br>P.O. BOX 42370<br>RICHMOND, VA 23242 | | | 05/02/2000<br>CHARGED CARD | | | | 0.00 |
| ACCOUNT NO. XXXXXXXXXXXXX5782<br>CMRE FINANCE<br>3350 E. BIRCH ST. 200<br>BREA, CA 92821 | | | 03/22/2000<br>COLLECTION FOR TRI-CITY MEDICAL CENTER, ACCOUNT NUMBER XXXXXXXXXXXXX5782 | | | | 100.00 |
| ACCOUNT NO. 3064XXX<br>FINCL CREDIT<br>P.O. BOX 2036<br>WARREN, MI 48090 | | | 06/12/2001<br>COLLECTION FOR A SUBSIDIARY OF BALLYS | | | | 1,000.00 |
| ACCOUNT NO. 4901XXXXXXXXX<br>MACYW/GECCCC<br>P.O. BOX 8112<br>MASON, OH 45040 | | | 05/01/1999<br>CHARGED CARD | | | | 250.00 |
| ACCOUNT NO. XXX2915<br>MEDLINS TOWING<br>PO BOX 6043<br>CYPRESS, CA 90630 | | | 04/05/2003<br>MITSUBISHI CAR TOWED | | | | 0.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   $1,350.00

Total ➤ (Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)  1998 USBC, Central District of California

| In re | Armando Ordaz | Case No.: |
|---|---|---|
| | Debtor. | SA04-17061RA  (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3000XXXXXXXXXXXXX<br>ORANGEFSD<br>3350 E. BIRCH<br>BREA, CA 94245 | | | 07/31/2003<br>CHARGED CARD | | | | 3,500.00 |
| ACCOUNT NO.<br>PAUL SINK, ESQ.<br>1818 SOUTH STATE COLLEGE<br>STE. 215, ANAHEIM, CA 92806 | | | 01/01/2004<br>ATTORNEY FEE | | | | 1,500.00 |
| ACCOUNT NO. 4809XXX<br>RNB MERVYNS<br>P.O. BOX 59287<br>MINNEAPOLIS, MN 55459-0287 | | | 02/13/2002<br>CHARGED CARD | | | | 0.00 |
| ACCOUNT NO. 4933XXX<br>RNB TARGET<br>POB 6985<br>BRIDGEWATER, NJ 08807 | | | 02/14/2002<br>CHARGED CARD | | | | 0.00 |
| ACCOUNT NO. 2201XXXX<br>S&P CAPITAL<br>1601 W AIRPORT FRW<br>EULESS, TX 76040 | | | 05/02/2000<br>COLLECTION FOR CIRCUIT CITY, ACCOUNT NUMBER 2201XXXX | | | | 1,450.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) **$6,450.00**

Total ➤ (Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)                                                                    1998 USBC, Central District of California

| In re | Armando Ordaz | Case No.: |
|---|---|---|
| | Debtor. | SA04-17061RA (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3064XXX<br>SUBSIDIARY OF BALLYS<br>7755 CENTER AVENUE # 400<br>HUNTINGTON BEACH, CA 92647 | | | 06/12/2001<br>BALLY MEMBER SHIP | | | | 0.00 |
| ACCOUNT NO. XXXXXXXXXXXXX5782<br>TRI-CITY MEDICAL CENTER<br>PO BOX 6043<br>CYPRESS, CA 90630 | | | 03/22/2000<br>MEDICAL BILL | | | | 100.00 |
| ACCOUNT NO. 5490XXXXXX<br>WELLS FARGO<br>P.O. BOX 5445<br>PORTLAND, OR 97228 | | | 11/27/1998<br>CHARGED CARD | | | | 1,200.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $1,300.00

Total ➤ (Use only on last page of the completed Schedule F.)    $14,500.00

(Report also on Summary of Schedules)