Form B6I - (6/90)                                                                        1995 USBC, Central District of California

| In re | Armando Ordaz | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | SA04-17061RA | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **DIVORCE PENDING** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: 24<br>Spouse's Age: 22 | NAMES<br>IVAN ORDAZ | AGE<br>3 | RELATIONSHIP<br>SON |

| EMPLOYMENT: | | |
|---|---|---|
| | DEBTOR | SPOUSE |
| Occupation | SERVER | LIVE SEPARATELY |
| Name of Employer | JOE CRAB SHACK | |
| How long employed | 1 1/2 YR | (DIVORCE PENDING) |
| Address of Employer | GARDEN GROVE, CA | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 1,270.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,270.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 119.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 119.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,151.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,151.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME          $ 1,151.00          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:          **NONE**