Form B6J - (Rev. 6/94)　　　　　　　　　　　　　　　　　　　　　　　　　　　1998 USBC, Central District of California

| In re **Armando Ordaz** | Debtor. | Case No.: **SA04-17061RA** | (If known) |
|---|---|---|---|

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 300.00 |
| Are real estate taxes included?    Yes ___    No ✓ | |
| Is property insurance included?    Yes ___    No ✓ | |
| Utilities   Electricity and heating fuel | $ 50.00 |
| Water and sewer | $ 32.00 |
| Telephone | $ 30.00 |
| Other ___ | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 325.00 |
| Clothing | $ 15.00 |
| Laundry and dry cleaning | $ 15.00 |
| Medical and dental expenses | $ 45.00 |
| Transportation (not including car payments) | $ 115.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 0.00 |
| Other ___ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) ___ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other ___ | $ 0.00 |
| Alimony, maintenance or support paid to others | $ 200.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other ___ | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 1,147.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income　　　　　　　　　　　　　　　　　　　　　$ ___
B. Total projected monthly expenses　　　　　　　　　　　　　　　　　　　$ ___
C. Excess income (A minus B)　　　　　　　　　　　　　　　　　　　　　　$ ___
D. Total amount to be paid into plan each _____   $ ___
　　　　　　　　　　　　　　　　　　　　(Interval)