**ORIGINAL**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

FILED

TRUSTEE 341(a) MEETING WORKSHEET - CHAPTER 7

04 DEC 27 PM 2:49

U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.
BY:_____

CASE NUMBER: SA04-17061-RA                         TRUSTEE: T00630O

RICHARD A. MARSHACK

| DEBTOR: | ARMANDO ORDAZ | 341(a) DATE: 12/21/04 |
|---|---|---|
| CO-DEBTOR: | | 341(a) TIME: 09:00 A.M. |

### APPEARANCES:

DEBTOR: ARMANDO ORDAZ          (✓) Present ( ) Absent ( ) 2nd Absence ( )_____
CO-DEBTOR:                                      ( ) Present ( ) Absent ( ) 2nd Absence ( )_____
DEBTOR'S ATTORNEY: VU, QUANG ROMAN, Esq.   (✓) Present ( ) Absent ( ) 2nd Absence ( )_____

---

### RESULTS OF MEETING:

**DEBTOR: ARMANDO ORDAZ**
  341(a) Meeting for debtor CONCLUDED      (✓) YES      ( ) NO
OR  341(a) Meeting for debtor CONTINUED to _____ at _____
                                             Date            Time
  Debtor continued due to non-appearance  ( ) YES   ( ) NO
  Other reason for continuance of debtor: _____

**CO-DEBTOR:**
  341(a) Meeting for co-debtor CONCLUDED    ( ) YES    ( ) NO
OR  341(a) Meeting for co-debtor CONTINUED to _____ at _____
                                             Date            Time
  Debtor continued due to non-appearance  ( ) YES   ( ) NO
  Other reason for continuance of co-debtor: _____

---

### REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR AT 341(a) MEETING:

The undersigned certifies under penalty of perjury that the debtor and/or co-debtor has failed to appear at two 341(a) meetings and recommends that a dismissal order be initiated against (check appropriate box(es)):

( )  DEBTOR:     ARMANDO ORDAZ         ( ) with or ( ) without 180-day bar
( )  CO-DEBTOR:                                  ( ) with or ( ) without 180-day bar

Note: In a joint case where one debtor appeared at the 341(a) meeting and the other did not appear at two 341(a) meetings, the debtor that appeared shall receive a dismissal without a 180-day bar from refiling, while the debtor that did not appear shall be dismissed with the 180-day bar from refiling. Any other desired outcome requires a motion to be filed with the Court.

Date: December 20, 2004          Trustee: _/s/ signature_

34